
1  Steven D. Zansberg (No. 177528)
   Levine Sullivan Koch & Schulz, LLP
2  1888 Sherman Street, Suite 370
   Denver, CO 80203
3  Phone: (303) 376-2400
   Fax: (303) 376-2401
4  e-mail: szansberg@lskslaw.com

5
   *Attorneys for Defendant John Wiley & Sons, Inc.*
6
                  **UNITED STATES DISTRICT COURT**
7
                  **NORTHERN DISTRICT OF CALIFORNIA**
8

9                                              ) Case Number: C13-3246 EMC
    Minden Pictures,                           )
10                                             )
            Plaintiff,                         ) **PARTIES' STIPULATION TO**
11                                             ) **EXTEND DEFENDANT'S TIME TO**
        vs.                                    ) **RESPOND TO COMPLAINT**
12                                             )
    John Wiley & Sons, Inc.,                   )
13                                             )
            Defendant.                         )
14                                             )
                                               )
15  _____     )

16
            WHEREAS the current deadline for Defendant John Wiley & Sons, Inc. ("Wiley") to
17
    respond to the Complaint is August 20, 2013;
18
            WHEREAS, there have been no previous requests or grants of extensions of time for
19
    Wiley to respond to the Complaint in this matter;
20
            IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES that the time for
21
    Wiley to answer or otherwise move or respond to the Complaint is extended through and
22
    including September 10, 2013.
23
            Wiley reserves any challenges and defenses it may have to all matters relating to service
24
    of process, sufficiency of process, venue, and personal jurisdiction.
25

26

27

28

Parties' Stipulation to Extend Time to Respond to Complaint – Case No. C13-3246 EMC

{00647031;v1}                                  1

| | | |
|---|---|---|
| 1 | DATED:  August 7, 2013 | Respectfully submitted by: |
| 2 | | |
| 3 | | _____/s Steven D. Zansberg_____ |
| 4 | | Steven D. Zansberg (No. 177528) |
| | | Levine Sullivan Koch & Schulz, LLP |
| 5 | | 1888 Sherman Street, Suite 370 |
| | | Denver, CO  80203 |
| 6 | | szansberg@lskslaw.com |
| 7 | | *Attorneys for Defendant John Wiley & Sons, Inc.* |
| 8 | DATED:  August 7, 2013 | Stipulation entered into by: |
| 9 | | |
| 10 | | _____/s Robert W. Crockett_____ |
| 11 | | Robert W. Crockett |
| | | Harmon & Seidman LLC |
| 12 | | 33 Spendrift Passage |
| | | Corte Madera, California 94925 |
| 13 | | robert@harmonseidman.com |
| 14 | | |
| 15 | | Christopher Seidman |
| | | Harmon & Seidman LLC |
| 16 | | 101 South Third Street, Suite 265 |
| | | Grand Junction, Colorado 81501 |
| 17 | IT IS SO ORDERED: | chris@harmonseidman.com |
| 18 | | |
| 19 | _____ | Heather R. Norton |
| | Edward M. Chen | Harmon & Seidman LLC |
| 20 | U.S. District Judge | 2627 18th Avenue |
| 21 | | San Francisco, California 94116 |
| | | heather@harmonseidman.com |
| 22 | | |
| 23 | | *Attorneys for Plaintiff Minden Pictures Inc.* |
| 24 | I hereby attest that concurrence in the filing of this stipulation has been obtained from each of the | |
| 25 | signatories above indicated by a conformed signature (/s) within this e-filed document. | |
| 26 | | |
| 27 | | _____/s Steven D. Zansberg_____ |
| 28 | | |

Parties' Stipulation to Extend Time to Respond to Complaint – Case No. C13-3246 EMC

{00647031;v1}                                              2

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 7th day of August, 2013, served via the Court's electronic filing system, a true and correct copy of the above and foregoing on counsel as follows:

Christopher Seidman
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
chris@harmonseidman.com

Robert W. Crockett
Harmon & Seidman LLC
33 Spendrift Passage
Corte Madera, California 94925
robert@harmonseidman.com

Heather R. Norton
Harmon & Seidman LLC
2627 18th Avenue
San Francisco, California 94116
heather@harmonseidman.com

　　　　　　　　　　　　　　　　　　　　　　/s Steven D. Zansberg

Parties' Stipulation to Extend Time to Respond to Complaint – Case No. C13-3246 EMC

{00647031;v1}　　　　　　　　　3