# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Minden Pictures Inc.,<br><br>       Plaintiff,<br><br>  vs.<br><br>John Wiley & Sons, Inc.,<br><br>       Defendant. | Case Number: C13-3246 EMC<br><br>**[PRO~~P~~OSED] ORDER STAYING PROCEEDINGS UNTIL RESOLUTION OF SUMMARY JUDGMENT MOTIONS IN RELATED CASE, AND GRANTING PARTIES' JOINT MOTION TO VACATE THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR OCTOBER 10, 2013** (Modified) |

THIS MATTER is before the Court on the parties' Stipulated Motion to Stay All Proceedings Herein Pending Resolution of the Cross Motions for Summary Judgment in Case No. 12-cv-4601-EMC, and their Joint Request to Vacate the Case Management Conference set for October 10, 2013. The Court FINDS that good cause has been shown for vacating the Case Management Conference scheduled for October 10, 2013, and for staying all other proceedings herein until the summary judgment motions in the related Case No. 12-cv-4601-EMC are resolved; accordingly, the motion is hereby GRANTED.

[PROPOSED] ORDER GRANTING PARTIES' STIPULATED                                 CASE NO. C13-3246 EMC
MOTION TO STAY ALL PROCEEDINGS & JOINT MOTION
TO VACATE CASE MANAGEMENT CONFERENCE

1     **IT IS HEREBY ORDERED** that the Case Management Conference scheduled for

2 Ocotober 10, 2013 is vacated, as are all deadlines associated therewith. **IT IS FURTHER**

3 **ORDERED** that all proceedings in this case are hereby stayed, until further Order of this Court.

4    The Case Management Conference is reset for January 16, 2014 at 10:30 a.m.
   (same time as Case No. C12-4601 EMC). A joint CMC Statement shall be filed

5    by January 9, 2014.

6

7

8          9/17

9 Dated: _____, 2013.

*IT IS SO ORDERED AS MODIFIED*

*Judge Edward M. Chen*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

28 [PROPOSED] ORDER GRANTING PARTIES' STIPULATED                CASE NO. C13-3246 EMC
MOTION TO STAY ALL PROCEEDINGS & JOINT MOTION
TO VACATE CASE MANAGEMENT CONFERENCE

2