UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Minden Pictures Inc., | ) Case Number: C13-3246 EMC |
| Plaintiff, | ) |
| vs. | ) **[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION TO VACATE THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEBRUARY 4, 2014** |
| John Wiley & Sons, Inc., | ) |
| Defendant. | ) |

THIS MATTER is before the Court on the parties' Stipulated Motion to Vacate the Case Management Conference set for February 4, 2014. The Court FINDS that good cause has been shown for vacating the Case Management Conference scheduled for February 4, 2014; accordingly, the motion is hereby GRANTED.

**IT IS HEREBY ORDERED** that the Case Management Conference scheduled for February 4, 2014 is ~~vacated.~~ reset for 3/6/14 at 10:30 a.m. A joint CMC statement shall be filed by 2/27/14.

Dated: __1/24__, 2014.

_____
United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

[PROPOSED] ORDER GRANTING PARTIES' STIPULATED MOTION TO VACATE CASE MANAGEMENT CONFERENCE

C13-3246 EMC

1