UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | | |
|---|---|---|
| MINDEN PICTURES, INC. | ) | Case No. CV 13-3246-EMC |
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER STAYING ACTION PENDING APPEAL IN CASE NO. 12-cv-4601-EMC, AND VACATING SEPTEMBER 18, 2014 CASE MANAGEMENT CONFERENCE** |
| v. | ) ) ) | |
| JOHN WILEY & SONS, INC., | ) ) | |
| Defendant | ) ) ) | |

THIS MATTER is before the Court on the parties' Stipulated Motion to Stay Action Pending Appeal in Case No. 12-cv-04601-EMC, and their joint request to vacate the September 18, 2014 Case Management Conference in the present case. The Court FINDS that good cause has been shown for vacating the September 18, 2014 Case Management Conference, and for staying all other proceedings in the present case until final resolution of plaintiff Minden Pictures, Inc.'s appeal to the United States Court of Appeal for the Ninth Circuit; accordingly, the motion is hereby GRANTED.

1

1    **IT IS HEREBY ORDERED** that the Case Management Conference scheduled for
September 18, 2014 is ~~vacated, as are all deadlines associated with it.~~ **IT IS FURTHER
ORDERED** that all proceedings in this case are hereby stayed, until further Order of this Court.

<ins>reset for 12/18/14 at 10:30 a.m. An updated Joint CMC statement shall be filed by 12/11/14.</ins>

Dated: <ins>9/9</ins>_____, 2014



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

[PROPOSED] ORDER STAYING ACTION PENDING APPEAL
IN RELATED CASE AND VACATING SEPTEMBER 18, 2014 CMC

CASE NO. CV 13-3246-EMC

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the above-entitled action. My business address is 485 Dorset Street, Cambria, California 93428.

I hereby certify that on September 9, 2014, I caused the foregoing **[PROPOSED] ORDER STAYING ACTION PENDING APPEAL IN CASE NO. 12-cv-4601-EMC, AND VACATING SEPTEMBER 18, 2014 CASE MANAGEMENT CONFERENCE** to be lodged via the CM/ECF system, which will serve a Notice of Electronic Filing to all counsel of record, including the following:

> Steven D. Zansberg
> Levine Sullivan Koch & Schulz, LLP
> 1888 Sherman Street, Suite 370
> Denver, Colorado 80203
> Tel: (303) 376-2400
> Fax: (303) 376-2401
> E-mail: szansberg@lskslaw.com

I declare under penalty of perjury that I am a member of the bar of this Court and that the foregoing is true and correct.

Executed on September 9, 2014 at Cambria, California.

> s/ *Gregory N. Albright*
>
> Gregory N. Albright (SBN 145547)
> Harmon & Seidman LLC
> 485 Dorset Street
> Cambria, California 93428
> Tel: (805) 927-2722
> E-mail: greg@harmonseidman.com