UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | | |
|---|---|---|
| MINDEN PICTURES, INC. | ) | Case No. CV 13-3246-EMC |
| Plaintiff, | ) ) | **[PROPOSED] ORDER STAYING ACTION PENDING APPEAL IN CASE NO. 12-cv-4601-EMC, AND RESETTING DECEMBER 18, 2014 CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| JOHN WILEY & SONS, INC., | ) ) | |
| Defendant | ) ) ) | |

THIS MATTER is before the Court on the parties' Stipulated Motion to Stay Action Pending Appeal in Case No. 12-cv-04601-EMC, and their joint request to reset the December 18, 2014 Case Management Conference in the present case. The Court FINDS that good cause has been shown for resetting the December 18, 2014 Case Management Conference, and for staying all other proceedings in the present case until final resolution of plaintiff Minden Pictures, Inc.'s appeal to the United States Court of Appeal for the Ninth Circuit; accordingly, the motion is hereby GRANTED.

1

[PROPOSED] ORDER STAYING ACTION PENDING APPEAL                                    CASE NO. CV 13-3246-EMC
IN RELATED CASE AND RESETTING DECEMBER 18, 2014 CMC

**IT IS HEREBY ORDERED** that:

1. The Case Management Conference scheduled for December 18, 2014 is reset for ~~December 18, 2015~~ June 25, 2015, at 10:30 a.m.;

2. The parties shall file an updated Joint Case Management Conference Statement by ~~December 11, 2015~~; June 18, 2015

3. If before December 18, 2015 the Ninth Circuit Court of Appeals issues an Order that finally disposes of Minden Pictures' appeal in Case No. 14-15267, the parties shall jointly report that Order and disposition to this Court within 14 days of the Ninth Circuit's Order.

4. All proceedings in this case are hereby stayed, until further Order of this Court.

**IT IS SO ORDERED.**

Dated: _____12/3_____, 2014



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen