Christopher Seidman (SBN 98884)
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, Colorado  81501
Tel:  (970) 245-9075
Fax:  (970) 245-8086
E-mail:  chris@harmonseidman.com

Gregory N. Albright (SBN 145547)
Harmon & Seidman LLC
485 Dorset Street
Cambria, California  93428
Tel: (805) 927-2722
E-mail: greg@harmonseidman.com

*Attorneys for Plaintiff Minden Pictures Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| MINDEN PICTURES, INC.<br><br>             Plaintiff,<br><br>v.<br><br>JOHN WILEY & SONS, INC.,<br><br>             Defendant | Case No. CV 13-3246-EMC<br><br>**JOINT STIPULATION TO VACATE JULY 2, 2015 CASE MANAGEMENT CONFERENCE AND RESCHEDULE TO DECEMBER 17, 2015** |

Plaintiff Minden Pictures, Inc. and Defendant John Wiley & Sons, Inc., through their undersigned counsel and pursuant to Local Rules 6-1, 6-2, and 7-12, jointly stipulate to vacate the case management conference scheduled for July 2, 2015 and to reschedule the conference to December 17, 2015 at 10:30 a.m.

The reasons for the requested schedule change are stated in the Parties' Stipulated Motion for an Order Staying Action Pending Appeal in Case No. 12-cv-4601-EMC, and Resetting December 18, 2014 Case Management Conference (Doc. 28, "Stipulated Motion").   In the

1

1  Stipulated Motion, the Parties requested that the case management conference be rescheduled to

2  December 18, 2015.  The Court subsequently set the case management conference for June 18,

3  2015 (Doc. 29), which it then reset to July 2, 2015 (Doc. 30).

4        Because the Parties are awaiting resolution of an appealed decision in a related case, which

5  will directly impact this case, and for reasons stated in the Stipulated Motion, IT IS SO ORDERED

6  that the case management conference scheduled for July 2, 2015 is vacated and reset for ~~December~~

7  ~~17, 2015~~ Nov. 5 at 10:30 a.m.

8

9

10  Dated: _____6/5_____, 2015

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen
United States District Judge

17  DATED:  June 4, 2015                    Respectfully submitted by:

18

19                                          *s/ Christopher Seidman*
                                            Christopher Seidman (SBN 98884)
20                                          Harmon & Seidman LLC
                                            101 South Third Street, Suite 265
21                                          Grand Junction, Colorado 81501
                                            Tel:  (970) 245-9075
22                                          Fax:  (970) 245-8086
                                            E-mail:  chris@harmonseidman.com
23                                          *Attorney for Plaintiff Minden Pictures, Inc.*

24                                          */s Steven D. Zansberg*
                                            Steven D. Zansberg (No. 177528)
25                                          Levine Sullivan Koch & Schulz, LLP
                                            1888 Sherman Street, Suite 370
26                                          Denver, CO  80203
                                            szansberg@lskslaw.com
27                                          *Attorney for Defendant John Wiley & Sons, Inc.*

28

2

1

2
## CERTIFICATE OF CONSENT TO STIPULATION

3      I hereby attest that concurrence in the filing of this stipulation has been obtained from each

4  of the signatories above indicated by a conformed signature (/s) within this e-filed document.

5

6                                    */s Alex Kerr*

7

8
## CERTIFICATE OF SERVICE

9      I hereby certify that on June 4, 2015, I caused the foregoing **JOINT
STIPULATION TO VACATE JULY 2, 2015 CASE MANAGEMENT
10  CONFERENCE AND RESCHEDULE TO DECEMBER 17, 2015** to be filed via the
CM/ECF system, which will serve a Notice of Electronic Filing to all counsel of record.

11      I declare under penalty of perjury that I am a member of the bar of this Court and that the
12  foregoing is true and correct.

13      Executed on June 4, 2015.

14

15                          s/ *Alex Kerr*
                            Alex Kerr
16                          Harmon & Seidman LLC
                            PO Box 3097
17                          Jackson, WY 83001
                            alex@harmonseidman.com
18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO VACATE JULY 2, 2015 CASE                    CASE No. CV 13-3246-EMC
MANAGEMENT CONFERENCE AND RESCHEDULE TO
DECEMBER 17, 2015