Christopher Seidman (SBN 98884)
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, Colorado  81501
Tel:  (970) 245-9075
Fax:  (970) 245-8086
E-mail:  chris@harmonseidman.com

Gregory N. Albright (SBN 145547)
Harmon & Seidman LLC
485 Dorset Street
Cambria, California  93428
Tel: (805) 927-2722
E-mail: greg@harmonseidman.com

*Attorneys for Plaintiff Minden Pictures Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| MINDEN PICTURES, INC. | Case No. CV 13-3246-EMC |
| Plaintiff, | **PARTIES' STIPULATED MOTION FOR VOLUNTARY DISMISSAL (PROP~~OS~~ED)** |
| v. | |
| JOHN WILEY & SONS, INC., | |
| Defendant | |

1  WHEREAS, this present case (*"Wiley II"*) and the earlier-filed case of *Minden Pictures, Inc. v. John Wiley & Sons, Inc.*, Case No. C 12-04601 EMC (*"Wiley I"*), are related;[1]

WHEREAS, the parties previously submitted in this present case a Stipulated Motion to Stay All Proceedings Herein Pending Resolution of Summary Judgment Motions in Related Case,[2] and on September 17, 2013, this Court entered an Order staying all proceedings in this case, until further Order of this Court;[3]

WHEREAS, the Court has set this matter for a Case Management Conference on November 17, 2015;[4]

WHEREAS, on January 27, 2014, this Court issued an Order granting Defendant John Wiley & Sons, Inc.'s ("Wiley's") Motion for Summary Judgment and dismissing *Wiley I* in its entirety with prejudice;[5]

WHEREAS, on January 27, 2014 this Court also entered Judgment in Wiley's favor on all of the claims by plaintiff Minden Pictures, Inc. ("Minden Pictures") in *Wiley I*;[6]

WHEREAS, on February 11, 2014, Minden Pictures filed its Notice of Appeal from this Court's judgment and rulings in *Wiley I* to the United States Court of Appeals for the Ninth Circuit;[7]

WHEREAS, on July 29, 2015, the Ninth Circuit issued its opinion in Case No. 14-15267, reversing the judgment of the district court,[8] and issued its Mandate to the District Court on September 3, 2015;[9]

---

[1] *See Wiley I,* Doc. 58 (Related Case Order); *Wiley II,* Doc. 5 (Related Case Order).
[2] *Wiley II,* Doc. 17-0.
[3] *Wiley II,* Doc. 18.
[4] *Wiley II,* Doc. 33.
[5] *Wiley I,* Doc. No. 78.
[6] *Wiley I,* Doc. No. 79.
[7] *Wiley I,* Doc. No. 83.
[8] *Wiley I*, Doc. No. 106.
[9] *Wiley I*, Doc. No. 107.

1  WHEREAS, the reinstatement of *Wiley I* makes proceedings in this case duplicative;

2  IT IS HEREBY STIPULATED AND AGREED THAT THE PARTIES jointly request the
3  Court enter an Order dismissing the above action, without prejudice to Plaintiff's right to seek
4  recovery of its fees and costs, except that Wiley does not concede any such costs or fees are
5  available or appropriate.

6  DATED:                                           Respectfully submitted by:

7
8                                                   s/ *Christopher Seidman*
                                                    Christopher Seidman (SBN 98884)
9                                                   Harmon & Seidman LLC
                                                    101 South Third Street, Suite 265
10                                                  Grand Junction, Colorado 81501
                                                    Tel:  (970) 245-9075
11                                                  Fax:  (970) 245-8086
                                                    E-mail:  chris@harmonseidman.com
12
                                                    *Attorneys for Plaintiff Minden Pictures, Inc.*
13

14
15  DATED:                                          Stipulation entered into by:

16
17                                                  s/ *Steven D. Zansberg*
                                                    Steven D. Zansberg (No. 177528)
18                                                  Levine Sullivan Koch & Schulz, LLP
                                                    1888 Sherman Street, Suite 370
19                                                  Denver, CO  80203
                                                    szansberg@lskslaw.com
20
                                                    *Attorneys for Defendant John Wiley & Sons, Inc.*
21

22
23  I hereby attest that concurrence in the filing of this stipulation has been obtained from each
    of the signatories above indicated by a conformed signature (/s) within this e-filed document.
24

25                                                  s/ *Christopher Seidman*

26  IT IS SO ORDERED:
    _____
27  Edward M. Chen
    U.S. District Court

*IT IS SO ORDERED*
*Judge Edward M. Chen*

3